# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAL-MOR-USA, LLC, | Case No. 2:17-cv-02280-RFB-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| OMNI FINANCIAL LLC; FIRST 100 LLC, | |
| Defendants. | |

In this case, the Court ordered Defendant First 100 to file a notice of consent or non-consent to removal by July 10, 2018. (ECF No. 24). On July 9, 2018, Defendant First 100 filed a Notice of Non-Consent to Notice of Removal. (ECF No. 26).

28 U.S.C. § 1332(a) grants district courts original jurisdiction over actions where the matter in controversy is greater than $75,000, provided there is complete diversity. A defendant may remove to federal court a case initially filed in state court if the federal court would have original jurisdiction. 28 U.S.C. § 1441(a). When a case is removed solely pursuant to 28 U.S.C. § 1441(a), all defendants that have been properly joined and served must either join in, or consent to, removal. 28 U.S.C. § 1446(b)(2); Proctor v. Vishay Intertech. Inc., 584 F.3d 1208, 1225 (9th Cir. 2009).

This action was removed pursuant to 28 U.S.C. § 1441(a). Because the removal defect has not been and cannot be cured, as the case was removed without the consent of all Defendants, the Court remands this action to state court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (ECF No. 11) is GRANTED. The Clerk of Court is instructed to remand this case to the Eighth Judicial District Court, case number A-757061, and to close this case.

DATED July 9, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**